CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **RALPH DORELL BARR,** | ) CASE NO. 7:13CV00279 |
| | ) |
| **Plaintiff,** | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| | ) |
| **OFFICER NASH, ET AL.,** | ) By: James C. Turk |
| | ) Senior United States District Judge |
| **Defendant(s).** | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 21st day of June, 2013.

_/s/ James C. Turk_
Senior United States District Judge